101 P.3d 1169

# SUPREME COURT OF HAWAI'I

**December 13, 2004**

| 24273 | State v. Rice | Affirmed |

**December 16, 2004**

| 24478 | Haywood v. Haywood | Affirmed |

**December 17, 2004**

| 25284 | Uchima v. Durst Corp. | Vacated and Remanded |

**December 20, 2004**

| 24445 | Brown v. Cleveland | Affirmed |